IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE LUIS ORTIZ GARCIA,<br>#38885480 | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:20cv932 |
| FANNIN COUNTY DETENTION CENTER | § § | |

### ORDER OF DISMISSAL

*Pro se* Petitioner Jose Luis Ortiz Garcia filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding Petitioner's case should be dismissed without prejudice for failure to prosecute. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** the petition for writ of habeas corpus (Dkt. # 1) is **DENIED**, and the case is **DISMISSED** without prejudice. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 5th day of August, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE